**UNITED STATES BANKRUPTCY COURT**
**IN THE WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

IN RE:  TERRY BERRY AND                                  CASE NO. 4:19-BK-70662
       JENNIFER BERRY FKA                                          CHAPTER 13
       JENNIFER WILMATH,
       DEBTORS

SELECT PORTFOLIO SERVICING, INC. AS                          MOVANT
SERVICER FOR DEUTSCHE BANK
NATIONAL TRUST COMPANY, AS
TRUSTEE, IN TRUST FOR THE
REGISTERED HOLDERS OF MORGAN
STANLEY ABS CAPITAL I TRUST 2006-
HE6, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-HE6

V.

TERRY BERRY AND JENNIFER BERRY                          RESPONDENTS
FKA JENNIFER WILMATH, DEBTORS
AND JACK W. GOODING, TRUSTEE

## OBJECTION TO CONFIRMATION

Comes now, Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6, a secured creditor of the above-named Debtors, and a party in these proceedings, (hereinafter "Movant"), by and through its attorneys, Mackie Wolf Zientz & Mann, P.C., and for its Objection to Confirmation of the Chapter 13 plan proposed herein by the Debtors, Terry Berry and Jennifer Berry fka Jennifer Wilmoth, states:

1.   Movant is the servicer of the promissory note, which is secured by a mortgage covering the real property listed in the Chapter 13 plan of Debtors, more particularly described as follows:

13-000103-850

The West 80 feet of Lots 1, 2, and 3, Block 2, Kelley`s Subdivision to the City of Benton, Saline County, Arkansas.

More commonly known as 816W Ashley Street, Benton, AR 72015

2.   Pursuant to 11 U.S.C. §1324 Movant objects to said Chapter 13 plan because the Debtors` plan is not feasible as proposed.  The plan lists the arrearage as $3,355.00 while the approximate arrearage is $12,276.77.  The current plan payment is insufficient to cure the pre-petition arrearage.

3.   Therefore, the plan does not meet all the requirements for confirmation.

4.   Lastly, Movant requests its attorney's fees for this action in the sum of $500.00.

WHEREFORE, Movant objects to confirmation of the Chapter 13 plan proposed herein by the Debtors, and prays that this Court deny such confirmation, for its attorney's fees herein and for all other just and proper relief.

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.
124 W. Capitol Avenue, Suite 1560
Little Rock, AR 72201
Phone: (501) 218-8111
Facsimile: (501) 588-0070
Email: smcdaniel@mwzmlaw.com

By:   */s/ Sarah Murphy McDaniel*
         Sarah Murphy McDaniel (Bar No. 2012130)

Leslie N. Mann (Bar No. 95142)
Sarah Murphy McDaniel (Bar No. 2012130)
Brien G. Saputo (Bar No. 2011255)

Attorney for Movant

13-000103-850

## <u>CERTIFICATE OF SERVICE</u>

A copy of this motion was served on the persons shown below at the addresses reflected on March 25, 2019. Movant certifies that Movant has complied with Bankruptcy Local Rule 4001.

By: */s/ Sarah Murphy McDaniel*

Leslie N. Mann (Bar No. 95142)
Sarah Murphy McDaniel (Bar No. 2012130)
Brien G. Saputo (Bar No. 2011255)

Via Pre-Paid U.S. Mail:
Terry Berry
Jennifer Berry
816 W. Ashley St
Benton, AR 72015
Debtors

Via ECF:
Marc Honey
HONEY LAW FIRM, P.A.
P.O. Box 1254
1311 Central Avenue
Hot Springs, AR 71902
Attorney for Debtors

Via ECF:
Jack W. Gooding
Chapter 13 Standing Trustee
P.O. Box 8202
Little Rock, AR 72221-8202

Via ECF:
U.S. Trustee
Office of U.S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201

13-000103-850