IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:  CASE NO.: 4:19-BK-11907
TERRY BERRY AND
JENNIFER BERRY
DEBTORS  CHAPTER 13

## NOTICE OF OPPORTUNITY TO
## RESPOND TO OBJECTION TO TAX CLAIM

You are hereby notified that the captioned debtors have filed the attached Objection to Claim pursuant to 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure. All responses to the Objection to Claim must be filed in writing with the U.S. Bankruptcy Court: **Office of the Clerk, U.S. Bankruptcy Courthouse, 300 W. 2nd St., Little Rock, AR 72201**, within 30 days from the date of this notice with copies sent to the attorneys for debtors and to Jack W. Gooding, Trustee, P.O. Box 8202, Little Rock, Arkansas 72221.

If any responses to the Objection to Claim are filed, they will be set for hearing by subsequent notice. If no responses are received, the Objection to Claim may be sustained without further notice or hearing.

HONEY LAW FIRM, P.A.
P.O. BOX 1254
HOT SPRINGS, AR 71902
(501)321-1007 (f)(501)321-1255
jwyse@honeylawfirm.com

*/s/Jennifer A. Wyse*
Jennifer A. Wyse (2015092)

## CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Objection to Claim have been mailed on August 14, 2019 to:

Jack W. Gooding Chapter 13 Trustee
By ECF

Larry W. Walther, Director
Arkansas Department of Finance
And Administration
P.O. Box 3278
Little Rock, AR 72203

Michelle Baker
Arkansas Department of Finance and Administration
Revenue Legal Counsel
P.O. Box 1272, Rm. 2380
Little Rock, AR 72203

*/s/Jennifer A. Wyse*
Jennifer A. Wyse (2015092

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:                                                                CASE NO.: 4:19-BK-11907
TERRY BERRY AND
JENNIFER BERRY
DEBTORS                                                           CHAPTER 13

## OBJECTION TO TAXCLAIM

Comes now the debtors, Terry and Jennifer Berry, by and through their attorneys, Honey Law Firm, P.A., and for their Objection to Claim, state as follows:

1. Debtors filed for Chapter 13 Bankruptcy relief under Title 11 of the United States Code on June 19, 2019.

2. Arkansas Department of Finance and Administration("Creditor") filed its secured proof of claim (Court Claim No. 6) with the Court on March 18, 2019 in the amount of $34,600.67.

3. Debtors' schedules show a total value of $18,625.00 to which a tax lien could attach.

4. Debtors object pursuant to 11 U.S.C. § 502(b)(3), as the amount of the secured tax claim exceeds the total value of the debtors' property by $15,975.67, and debtors assert that this amount should be properly claimed as a general unsecured claim.

**WHEREFORE**, the debtors pray the Court sustain their Objection to Claim; that $15,975.67 of the secured tax claim should be disallowed or properly claimed as a general unsecured claim pursuant to 11 U.S.C. § 502(b)(3); and for all other just and proper relief to which the debtors are entitled.

        Respectfully Submitted,

        HONEY LAW FIRM, P.A.
        P.O. BOX 1254
        HOT SPRINGS, AR 71902
        Tel: 501.321.1007
        Fax: 501.321.1255
        jwyse@honeylawfirm.com
        */s/Jennifer A. Wyse*
        Jennifer A. Wyse(2015092)

## **CERTIFICATE OF MAILING**

I, the undersigned, hereby certify that copies of the foregoing notice and attached Objection to Claim have been mailed on August 14, 2019 to:

| | |
|---|---|
| Jack W. Gooding Chapter 13 Trustee<br>By ECF | Michelle Baker<br>Arkansas Department of Finance and Administration |
| Larry W. Walther, Director<br>Arkansas Department of Finance<br>And Administration<br>P.O. Box 3278<br>Little Rock, AR 72203 | Revenue Legal Counsel<br>P.O. Box 1272, Rm. 2380<br>Little Rock, AR 72203 |

        */s/Jennifer A. Wyse*
        Jennifer A. Wyse (2015092)