IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Terry Berry and Jennifer Berry         CASE NO:   4:19-bk-11907 T
                                                         Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on September 22, 2019, Docket Entry [66], requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of September 22, 2019.

IT IS SO ORDERED.

Date: 12/11/2019                                    /s/   Richard D. Taylor
                                                    Richard D. Taylor
                                                    U.S. Bankruptcy Judge

cc:   Jack W Gooding, Trustee

      The Honey Law Firm
      P O Box 1254
      Hot Springs, AR  71902

      Terry Berry and Jennifer Berry
      816 W Ashley St
      Benton, AR  72015

      All Creditors

LK     /195